HENRY N. BURHANS et al., Appellants, *v.* UNION FREE SCHOOL DISTRICT No. 1 OF THE TOWN OF CANTON, N. Y., Respondent.

*Burhans* v. *Union Free School District*, 24 App. Div. 429, affirmed.
(Argued December 21, 1900; decided February 5, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, made December 18, 1897, reversing a judgment in favor of plain-

tiffs entered upon the report of a referee and granting a new trial.

*Thomas Hogan* for appellants.

*Ledyard P. Hale* for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, LANDON, CULLEN and WERNER, JJ.   Absent: HAIGHT, J.